UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKELIN BORREGO MARQUEZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  26cv2761-LL-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**<br><br>[ECF No. 1] |

Before the Court is Petitioner Jakelin Borrego Marquez's Verified Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Pet.")], alleging that her prolonged detention of about seven months since her removal order became final on October 14, 2025 violates the Fifth Amendment's Due Process Clause and the Administrative Procedure Act in part because there is "no significant likelihood of removal in the reasonably foreseeable future." Pet. ¶¶ 29–41.

Respondents filed a Return, in which they state that their counsel is "unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future" and "therefore acknowledge that Petitioner

1

is entitled to be released from custody subject to conditions of supervision." ECF No. 5 at 1.

Accordingly, the Court **ORDERS** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**.[1]

2. Respondents are **ORDERED** to immediately release Petitioner from custody, subject to supervision pursuant to 8 U.S.C. § 1231(a)(3).

3. Respondents are **ENJOINED** from revoking the order of supervision without complying with the regulations and due process.

4. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

_____
Honorable Linda Lopez
United States District Judge

---

[1] Petitioner requests attorney's fees and costs under the Equal Access to Justice Act [Pet. at 8], which the Court **DENIES without prejudice**.

2

26cv2761-LL-VET